Bryan J. McCormack, Esq., Cal. Bar #192418
  Email: *bryan@mcelawfirm.com*
MCCORMACK & ERLICH, LLP
150 Post Street, Suite 742
San Francisco, CA 94108
Tel: (415) 296-8420
Fax: (415) 296-8552

Attorney for Plaintiffs
James Hollins, Ronberco Collins,
and Steven Weaver

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HOLLINS, RONBERCO COLLINS, STEVEN WEAVER<br><br>    Plaintiffs,<br><br>vs.<br><br>DIAMOND PET FOOD PROCESSORS OF CALIFORNIA, LLC; SCHELL & KAMPETER, INC. d/b/a DIAMOND PET FOODS; VOLT INFORMATION SCIENCES, INC.; VOLT MANAGEMENT CORP. d/b/a VOLT WORKFORCE SOLUTIONS;  and DOES 1 to 25,<br><br>    Defendants. | Case No. 2:13-CV-00113-MCE-KJN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by plaintiffs James Hollins, Ronberco Collins and Steven Weaver, and defendants Diamond Pet Food Processors of California, LLC; Schell & Kampeter, Inc. dba Diamond Pet Foods; Volt Information Sciences, Inc.; and Volt Management Corp. dba Volt Workforce Solutions, through their respective counsel of record, that the Complaint in this action shall be dismissed with prejudice, pursuant to the Settlement Agreement between the parties.

| McCORMACK & ERLICH, LLP | ARMSTRONG TEASDALE LLP |
|---|---|
| By: /s/ Bryan J. McCormack<br>BRYAN J. McCORMACK<br>Attorneys for Plaintiffs<br>JAMES HOLLINS, RONBERCO COLLINS, STEVEN WEAVER | By: /s/ John P. Hasman<br>JOHN P. HASMAN<br>Attorneys for Defendants<br>DIAMOND PET FOOD PROCESSORS OF CALIFORNIA LLC and SCHELL & KAMPETER dba DIAMOND PET FOODS |
| SIMPSON, CAMERON & MEDINA | LITTLER MENDELSON, P.C. |
| By: /s/ Erin N. Medina<br>ERIN N. MEDINA<br>Attorneys for Defendant<br>DIAMOND PET FOOD PROCESSORS OF CALIFORNIA LLC and SCHELL & KAMPETER dba VOLT WORKFORCE SOLUTIONS | By: /s/ Matthew Ruggles<br>MATTHEW RUGGLES<br>Attorneys for Defendant<br>VOLT INFORMATION SCIENCES and VOLT MANAGEMENT CORP. dba VOLT WORKFORCE SOLUTIONS |

**ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE**

The Court having considered the parties' stipulation submitted herein and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That this action is dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon the terms and conditions stated in the Settlement Agreement;

2. That the Clerk of the Court enter final judgment dismissing this action with prejudice and in its entirety and close this case.

IT IS SO ORDERED.

Dated:  August 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

MCCORMACK AND ERLICH, LLP
150 POST STREET, SUITE 742, SAN FRANCISCO, CA 94108
TELEPHONE: (415) 296-8420